

# Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00520-CR

Steven Mitchell **GARY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2945
Honorable Mary D. Roman, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  August 13, 2014

DISMISSED FOR LACK OF JURISDICTION

Steven Mitchell Gary filed a notice of appeal on July 18, 2014. The notice states Gary desires to appeal the indictment against him. The courts of appeal have jurisdiction of an appeal by a criminal defendant only after a conviction or when an appeal is specifically authorized by statute. *Workman v. State*, 170 Tex. Crim. 621, 622, 343 S.W.2d 446, 447 (1961); *see Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014); *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991). There is no statute authorizing a criminal defendant to appeal an indictment.

On July 30, 2014, we ordered Gary to show cause why this appeal should not be dismissed for lack of jurisdiction. Gary filed a response in which he complains there are irregularities in the indictment and that he is receiving ineffective assistance of counsel. Neither of these matters may be directly appealed before conviction. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

Do not publish